## MYLES vs. MILLER.

APPEAL from the court of the eighth district.

4NS 492
114 729

Pleas of payment and want of consideration are not inconsistent.
PORTER, J., delivered the opinion of the court.   This action was commenced on a promissory note.   The defendant pleaded compensation, payment, and that the note sued on was given for part of the purchase money of a house and lot, which Ford, to whom the plaintiff is curator, stated he had a title, but that in fact he had none.

A bill of exceptions was taken at the trial, to the opinion of the court, permitting the defendant to submit facts in conformity with the

answer, to the jury. The ground for this exception is, that the pleas of payment, and want of consideration, are inconsistent.

The pleas of payment, and want of consideration, are not so inconsistent but they may well stand together, for the one, does not necessarily suppose the other, to be false. A man may pay a note, and not discover, until after the payment is made, that the consideration on which he gave it was wanting.

It is therefore ordered, adjudged, and decreed, that the judgment of the district court be affirmed with costs.

*Hennen* for the plaintiff.